UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLAESE TAASE, | No. C 10-1176 MHP (pr) |
| Petitioner, | **ORDER OF DISMISSAL** |
| v. | |
| FRANCISCO JACQUEZ, warden, | |
| Respondent. | |

Olaese Taase, a prisoner at Pelican Bay State Prison, filed a pro se petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The petition is not his first federal habeas petition concerning his 1999 conviction from the Santa Clara County Superior Court. His first habeas petition was filed on September 30, 2003, and denied on the merits on July 6, 2004. See Taase v. Runnels, N.D. Cal. Case No. C 03-4413 MHP.

A second or successive petition may not be filed in this court unless the petitioner first obtains from the United States Court of Appeals for the Ninth Circuit an order authorizing this court to consider the petition. 28 U.S.C. § 2244(b)(3)(A). Taase has not obtained such an order from the Ninth Circuit. This court will not entertain a new petition from him until he first obtains permission from the Court of Appeals for the Ninth Circuit to file such a petition. This action is DISMISSED without prejudice to Taase filing a petition in this court after he obtains the necessary order from the Court of Appeals for the Ninth Circuit.

If Taase wants to attempt to obtain the necessary order from the Ninth Circuit, he should very clearly mark the first page of his document as a "MOTION FOR ORDER AUTHORIZING DISTRICT COURT TO CONSIDER SECOND OR SUCCESSIVE

1  PETITION PURSUANT TO 28 U.S.C. § 2244(b)(3)(A)" rather than labeling it as a habeas
2  petition because the Ninth Circuit clerk's office is apt to simply forward to this court any
3  document labeled as a habeas petition.  He also should mail the motion to the Ninth Circuit
4  (at 95 Seventh Street, San Francisco, CA  94103), rather than to this court.  In his motion to
5  the Ninth Circuit, he should explain how he meets the requirements of 28 U.S.C. § 2244(b).
6       The clerk shall close the file.
7       IT IS SO ORDERED.
8  DATED:   September 27, 2010
9                                     Marilyn Hall Patel
                                      United States District Judge